**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Harold W. Wallette, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE MOTION FOR** |
| ) | **EXTENSION OF TIME** |
| vs. ) | |
| ) | |
| Stacy LaRocque, et. al., ) | Case No. 4:04-cv-037 |
| ) | |
| Defendants. ) | |

The court received a letter from defendant Wayne Slater requesting an extension of time to file an answer in the above entitled case. The court will construe this letter as a motion for an extension of time.

The defendant's motion is **GRANTED,** and he has until May 10, 2006, to answer the plaintiff's complaint. The Clerks Office is directed to file the defendant's letter in the docket.

Dated this 13th day of April, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge